IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL JEFFREY BARBER,
    Petitioner,

vs.                             Case No.: 5:14cv114/RV/EMT

N.C. ENGLISH, WARDEN,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 24, 2014 (doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 15), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is **DISMISSED for lack of jurisdiction**.

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 18th day of December, 2014.

                        /s/ *Roger Vinson*
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**